Reverend Gerald GORDON

v.

Judge PLUNKETT et al.

No. 81–437–A.

Supreme Court of Rhode Island.

March 11, 1982.

Reverend Gerald Gordon, pro se.

Stephen Lichatin, Sp. Asst. Atty. Gen., Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Providence, for defendants.

ORDER

In light of the doctrine of judicial immunity, the defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Daniel J. SCHATZ in his capacity as Environmental Advocate

v.

COASTAL RESOURCES MANAGE-MENT COUNCIL et al.

No. 82–87–M.P.

Supreme Court of Rhode Island.

March 11, 1982.

Dennis J. Roberts, II, Atty. Gen., Daniel J. Schatz, Sp. Asst. Atty. Gen., for petitioner.

Tillinghast, Collins & Graham, Peter V. Lacouture, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

Gloria PANCIERA

v.

Donald M. PANCIERA.

No. 82–24–M.P.

Supreme Court of Rhode Island.

March 11, 1982.

Higgins, Cavanagh & Cooney, Gerald C. DeMaria, Providence, Harold B. Soloveitzik, Westerly, for plaintiff-respondent.

Frank S. Cappuccio, Westerly, for defendant-petitioner.

ORDER

The petition for writ of procedendo ad judicium, or in the alternative for writ of certiorari is denied.

STATE

v.

Steven M. QUINTAL.

No. 81–637–M.P.

Supreme Court of Rhode Island.

March 11, 1982.

Dennis J. Roberts, II, Atty. Gen., for plaintiff-respondent.

Stephen P. Nugent, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.